UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FELICITA BURGOS,

      Plaintiff,

v.                                                Case No. 6:17-cv-623-Orl-37MCR

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.
_____

## ORDER

After filing a Complaint in this Court, the Commissioner of Social Security ("**Commissioner**") issued a decision finding Plaintiff disabled since April 3, 2013. (Doc. 29-2.) Pursuant to 42 U.S.C. § 406(b), the Commissioner withheld $29,721.25 from Plaintiff's past-due benefits for the possible payment of attorney's fees. (Docs. 29-3; 30.) Plaintiff's counsel now seeks an award of $19,721.12 pursuant to the contingent fee contract with Plaintiff. (Doc. 29 ("**Motion**").) Upon receipt of payment, Plaintiff's counsel shall refund $3,703.24 to Ms. Burgos that was received pursuant to the Equal Access to Justice Act ("**EAJA**"), 28 U.S.C. § 2412(d). (*Id.* at 1–2; *see also* Docs. 26–28.) The Motion is unopposed. (Doc. 29-8.) On referral, United States Magistrate Judge Monte C. Richardson recommends the Court grant the Motion. (Doc. 30 ("**R&R**").)

No party objected to the R&R, and the time for doing so has now passed. Absent objections, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see*

*also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). In doing so, the Court takes issue with only one portion of the R&R — Magistrate Judge Richardson's recommendation the Court direct the Clerk to enter judgment accordingly. (Doc. 30, p. 6.) Judgment has already been entered in this case. (*See* Doc. 25; *see also* Doc. 29-3, pp. 4–5.) Accordingly, the Court will merely direct the Commissioner to pay to Plaintiff's counsel the requested attorney's fees. In the absence of any other clear error, the balance of the R&R is due to be adopted.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.  U.S. Magistrate Judge Monte C. Richardson's Report and Recommendation (Doc. 30) is **ADOPTED IN PART** and **REJECTED IN PART:**

    a.  The recommendation that the Clerk of the Court be directed to enter judgment accordingly is **REJECTED.**

    b.  In all other respects, the R&R is **ADOPTED, CONFIRMED,** and made a part of this Order.

2.  Plaintiff Felicita Burgos's Motion for Attorney's Fees Pursuant to the Social Security Act Section 206(b)(1) and U.S.C. § 406(b)(1) (Doc. 29) is **GRANTED**.

    a.  The Commissioner is **DIRECTED** to pay to Plaintiff's counsel the sum of $19,721.12 for § 406(b) fees out of Plaintiff's past-due benefits.

    b.  Plaintiff's counsel is **DIRECTED** to refund the EAJA award of $3,703.34 to Plaintiff upon receipt of the § 406(b) fees.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 6, 2019.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record